Crosby S. Connolly, (SBN: 286650)
crosby@westcoastlitigation.com
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Nicole Lyon, | Case No: 1:16-cv-00401-DAD-SKO |
|---|---|
| Plaintiff, | **JOINT MOTION TO CONTINUING THE JUNE 28, 2016 SCHEDULING CONFERENCE HEARING DATE TO LATER DATES AS CONVENIENT BY THIS COURT** |
| v. | |
| Bergstrom Law, LTD., | |
| Defendant. | **HON.: SHEILA K. OBERTO** |

//
//
//
//

Plaintiff Nicole Lyon ("Plaintiff") and Defendant Bergstrom Law, LTD. ("Defendant"), by and through their counsel, hereby respectfully request a continuance of the June 28, 2016 Scheduling Conference hearing date to a later date to be chosen by this Court, and respectfully requests this Court to issue an Order approving this request.

Plaintiff has requested, and Defendant has been gracious enough to agree to a continuance of the July 5, 2016 Motion to Dismiss hearing date due to the fact that Plaintiff's trial counsel, Crosby S. Connolly, will be out of the Country, in Mexico, on a pre-arranged family vacation from July 2, 2016 through July 7, 2016. As a result, Mr. Connolly will be unable to participate in the Motion to Dismiss hearing date currently scheduled for July 5, 2016 at 9:30 AM. The parties have requested from the Honorable Dale A. Drozd to continue the July 5, 2016 Motion to Dismiss hearing date to July 19, 2016, or a date thereafter as convenient to the Honorable Dale A. Drozd.

Furthermore, the parties request, in the interest of judicial resources, to continue the June 28, 2016 Scheduling Conference to a date sometime after the Motion to Dismiss hearing date, to be chosen by the Court, such that Defendant's Motion to Dismiss can be ruled upon by this Court prior to conducting a Scheduling Conference.

WHEREFORE, for the foregoing reasons, the parties respectfully request an Order approving the Parties joint request to continue the June 28, 2016 Scheduling Conference hearing date to a later date as convenient to the Court.

//
//
//
//
//

**Bergstrom Law, Ltd.**

Date: June 6, 2016              By: /s/ Katherine G. Heidbrink
                                    Katherine G. Heidbrink
                                    Attorneys for Defendant,
                                    Bergstrom Law, LTD.

**Hyde & Swigart**

Date: June 6, 2016              By: /s/ Crosby S. Connolly
                                    Crosby S. Connolly
                                    Attorneys for Plaintiff

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Katherine G. Heidbrink, counsel for Defendant, and that I have obtained Mrs. Heidbrink's authorization to affix his electronic signature to this document.

Dated: June 6, 2016             **HYDE & SWIGART**

                                By:  /s/ Crosby S. Connolly
                                    Crosby S. Connolly
                                    Attorney for Plaintiff