UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE LYON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BERGSTROM LAW, LTD.,<br><br>　　　　Defendant. | No. 1:16-cv-00401-DAD-SKO<br><br><u>ORDER TO SHOW CAUSE WHY ATTORNEYS' CONDUCT SHOULD NOT BE REPORTED TO THE STATE BARS OF CALIFORNIA AND NEVADA</u><br><br><u>ORDER DIRECTING CLERK OF COURT TO SERVE THIS ORDER ON ATTORNEYS</u> |

On July 24, 2017, plaintiff filed a motion for attorney's fees following entry of a default judgment in plaintiff's favor. (Doc. No. 43.) Defendant did not file written opposition to the motion, nor did defendant's counsel of record, Katherine G. Heidbrink, appear at the September 9, 2017 court hearing on plaintiff's motion for an award of attorney's fees and costs. Attorney Heidbrink failed to provide the court with notice that she would not appear at the hearing, nor has she provided any justification for her failure to do so. Despite her contention that she no longer represents defendant, attorney Heidbrink remains defendant's counsel of record in this case because she has never sought nor been granted leave to withdraw. Because of her failure to appear, and because of her failure to move to withdraw as defendant's counsel of record in this case, attorney Heidbrink is hereby ordered to show cause in writing as to why her conduct in this action should not be referred to the State Bar of California.

1

Jeremy Bergstrom is the managing attorney for defendant Bergstrom Law, Ltd. Plaintiff's counsel in this action has attempted to communicate with attorney Bergstrom on multiple occasions in an effort to dispose of this matter. However, the record is replete with evidence of attorney Bergstrom's failure to communicate with opposing counsel in a timely fashion.[1] Moreover, it is apparent from the record that defendant Bergstrom Law, Ltd. has failed to comply with a court order to compel discovery responses and to pay attorney's fees. (Doc. Nos. 27–29.) Moreover, although attorney Heidbrink departed her employment with Bergstrom Law, Ltd. but failed to move to withdraw as counsel of record on behalf of that entity in this action, it is apparent from the record before this court that attorney Bergstrom was well aware of that situation, was receiving this court's orders and nonetheless failed to comply with those orders and abandoned this litigation. Accordingly, attorney Bergstrom is hereby ordered to show cause in writing as to why his conduct should not be referred to the State Bar of Nevada.

Accordingly,

1. Attorney Heidbrink and attorney Bergstrom are ordered to show cause in writing within fourteen (14) days of the issuance of this order as to why their conduct should not be referred to their respective state bars. The parties are forewarned that should they fail to respond to this order to show cause in writing, as required by this order, sanctions will likely be imposed. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 42–46 (1991) (recognizing that it is within the inherent authority of the court to control its docket and require compliance with its orders);

/////

/////

/////

---

[1] Communications from plaintiff's counsel to attorney Bergstrom that have apparently gone unreturned include: (1) an email to attorney Bergstrom and another Bergstrom Law employee on September 12, 2016 (Doc. No. 25-2 at ¶¶ 17–18; Doc. No. 25-8.); (2) a meet and confer letter sent by email, fax, and USPS to attorney Bergstrom on September 21, 2016 (Doc. No. 25-2 at ¶¶ 19–20; Doc. No. 25-9.); (3) an email to attorney Bergstrom on September 26, 2016 (Doc. No. 25-2 at ¶¶ 20–21; Doc. No. 25-10.); and (4) separate emails sent to attorney Bergstrom on September 28, 29, and 30, 2016 (Doc. No. 25-2 at ¶¶ 24–28; Doc. No. 25-11; Doc. No. 25-12; Doc. No. 25-13.).

2. In addition to ECF service on counsel of record, the Clerk of the Court is also directed to serve a copy of this order on Katherine G. Heidbrink, Esq. at 1 Huntington Quadrangle, Ste. 3N05, Melville, NY 11747-4468; and on Jeremy Bergstrom, Esq. at 9555 S. Eastern Avenue, Suite 200, Las Vegas, NV 89123.

IT IS SO ORDERED.

Dated: **September 7, 2017**

_____
UNITED STATES DISTRICT JUDGE