UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE LYON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BERGSTROM LAW, LTD.,<br><br>　　　　　Defendant. | No. 1:16-cv-00401-DAD-SKO<br><br><br>ORDER CLARIFYING PRIOR ORDER |

The court understands that its prior order has caused some confusion regarding the attorney to whom the order to show cause issued in this action on October 3, 2017, was directed. To remedy this, the court now issues this order for the limited purpose of clarifying that its prior order to show cause, dated October 3, 2017 (Doc. No. 52), was directed at attorney Jeremy T. Bergstrom, Nevada State Bar # 6904.

IT IS SO ORDERED.

Dated: **September 12, 2018**

　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1